# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:93CR40

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | |
| ) | **ORDER** |
| CURTIS LEE O'NEAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Motion of non-party Colvin C. Hinton, III for disclosure of the presentence report in the above-captioned case. Mr. Hinton seeks to have the presentence report disclosed to Judge Anne Workman of the Superior Court of DeKalb County, Georgia, for *in camera* review in the matter of *State of Georgia v. Colvin C. Hinton, III*, Indictment No. 04-CR-3694.

Upon review of Mr. Hinton's request, the Court finds that the interest of justice will be served by such disclosure, and this interest is paramount to Defendant O'Neal's interest in the confidentiality of the presentence report. It is contemplated that Judge Workman will examine the report and release to the parties in Indictment No. 04-CR-3694, pending in the Superior Court of DeKalb County, Georgia, such portions thereof as may contain exculpatory or impeachment material of use to counsel for Mr. Hinton.

**IT IS THEREFORE ORDERED** that Mr. Hinton's Motion for Disclosure of Presentence Report is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Probation Office for the Western District of North Carolina provide the presentence report prepared in the above-referenced matter within three (3) business days to:

The Honorable Anne Workman
Superior Court of DeKalb County
DeKalb County Courthouse
Decatur, Georgia 30030

**THE CLERK IS DIRECTED** to certify copies of this Order to:

The United States Probation Office

The Honorable Anne Workman
Superior Court of DeKalb County
DeKalb County Courthouse
Decatur, Georgia 30030

Andrew M. Greene, Esq.
The Bernstein Firm P.C.
621 North Avenue, NE
Building E
Atlanta, Georgia 30308

Gwen Keyes Fleming, District Attorney
DeKalb County District Attorney's Office
556 North McDonough Street, 7th Floor
Decatur, Georgia 30030

**Signed: July 13, 2005**

Richard L. Voorhees
United States District Judge